UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thearthur Antonio Owens                  Docket No. 5:22-CR-266-2FL

## Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thearthur Antonio Owens, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 1, 2023, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Thearthur Antonio Owens was released from custody on April 12, 2024, at which time the term of supervised release commenced. On June 11, 2024, the court was notified that the defendant submitted a urine sample that tested positive for marijuana. The defendant was verbally reprimanded and returned to substance abuse counseling without further court action. On July 11, 2024, the court was notified that the defendant submitted another urine sample that tested positive for marijuana. The defendant was again verbally reprimanded and returned to substance abuse counseling, without additional court action.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 17, 2024, the defendant submitted to urinalysis that tested positive for marijuana use, and admitted to using marijuana to cope with stress. The current substance abuse counselor and Probation Officer agree that the defendant could benefit from additional counseling. Therefore, it is recommended that the defendant participate in Moral Reconation Therapy through Coastal Horizons Center in Wilmington, North Carolina, which will increase his likelihood of success on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Lee Holmes<br>Lee Holmes<br>Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-354-2568<br>Executed On: August 2, 2024 |

Thearthur Antonio Owens
Docket No. 5:22-CR-266-2FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __8th__ day of __August__, 2024, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge